UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDALL MARSH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 15-CV-708-JHP-PJC |
| DAVID LONG, et al., | ) ) ) |
| Defendants. | ) |

## OPINION AND ORDER

Plaintiff has not complied with the court's *Settlement Conference Order*, [Dkt. 21]. The court has called Plaintiff's attorney's office about the issue but Plaintiff's attorney has not responded.

Plaintiff is hereby ordered to submit his Settlement Conference Statement by April 7, 2017. Plaintiff is advised that failure to comply with this Order may result in the dismissal of this case. Plaintiff's attorney is advised that failure to comply with this order may result in a referral to the Committee on Admissions and Grievances.

SO ORDERED this 5th day of April, 2017.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE